# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL WHITFIELD, | CASE NO. 1:13-cv-0442LJO-BAM |
| Plaintiff, | ORDER REQUIRING PLAINTIFF TO PAY THE FILING FEE WITHIN THIRTY DAYS |
| v. | |
| FRESNO COMMUNITY HOSPITAL, *et al.*, | |
| Defendants. / | |

Plaintiff Michael Whitfield ("Plaintiff") is an inmate at the Fresno County Jail proceeding pro se with this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff filed the complaint commencing this action on March 26, 2013, together with a request to proceed in forma pauperis and a motion to appoint counsel. (Docs. 1, 2 & 3).

28 U.S.C. § 1915(g) provides that "[i]n no event shall a prisoner bring a civil action . . . under this section if the prisoner has, on 3 or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." Plaintiff is subject to section 1915(g) and is precluded from proceeding in forma pauperis unless he is, at the time the complaint is filed,

under imminent danger of serious physical injury.[1]

The Court has reviewed Plaintiff's complaint and finds that Plaintiff does not meet the imminent danger exception.[2] *Andrews v. Cervantes*, 493 F.3d 1047, 1053 (9th Cir. 2007). Because Plaintiff alleges no facts supporting a finding that he is under imminent danger of serious physical injury, Plaintiff is ineligible to proceed in forma pauperis in this action, therefore Plaintiff must pay the filing fee for this action to proceed.

Accordingly, it is HEREBY ORDERED that, within thirty days from the date of service of this order, Plaintiff shall submit the $350.00 filing fee in full or this action will be dismissed, without prejudice.

IT IS SO ORDERED.

Dated: **April 12, 2013**      /s/ Lawrence J. O'Neill
                               UNITED STATES DISTRICT JUDGE

---

[1] The Court takes judicial notice of case numbers 1:02-cv-5613-OWW-SMS, Whitfield v. Armendez (E.D.Cal) (dismissed for failure to state a claim on December 10, 2002); 1:11-cv-1130-SKO, Whitfield v. Greenman, et al. (E.D. Cal) (dismissed for failure to state a claim on August 13, 2012); 1:11-cv-1375-SKO, Whitfield v. Tulp, et al. (E.D. Cal) (dismissed for failure to state a claim on October 4, 2012); 1:11-cv-1243-DLB, Whitfield v. Downs, et al. (E.D. Cal) (dismissed for failure to state a claim on December 13, 2012).

[2] Plaintiff's allegations are that he was injured during an arrest on August 29, 2012, and was subsequently denied medical treatment on two occasions. (Doc. 1). Plaintiff's complaint is devoid of any showing that Plaintiff is under imminent danger of serious physical injury.